IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT MCKINNON III,

     Appellant,

v.

CASE NO. 1D14-3343

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 5, 2014.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Robert McKinnon III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.